```
1   FRANK P. SARRO (SBN 129780)
    2121 North California Boulevard, Suite 290
2   Walnut Creek, CA 94596
    Telephone (415) 816-5141
3
    Attorney for Defendants
4   CALIFORNIA HOME MEDICAL
    EQUIPMENT, INC. ("CHME"), BERNIE ZIMMER,
5   AND EMMANUEL POLIN

6   LAUREL A. MOUSSEAU (SBN 141484)
    1432 Edinburgh Street
7   San Mateo, CA 94402
    Telephone (415) 987-0692
8
    Attorney for Plaintiff
9   ALIS DERUS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALIS DERUS, | ) | Case No. CV-13-01411 NC |
|---|---|---|
| Plaintiff, | ) | STIPULATION & [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| CALIFORNIA HOME MEDICAL EQUIPMENT, et al., | ) | |
| Defendants. | ) | |

WHEREAS, defense counsel has a scheduling conflict on January 14, 2015, the date on which this Court through electronic notice set the next case management conference in this case,

The parties, through their respective counsel, have met and conferred and both counsel are available on January 21, 2015, at 10 a.m. for the next case management conference, and have agreed that:

The next case management conference in this case shall be scheduled on January 21,

Stip & Order Re CMC Dates                    -1-

1  in Courtroom 7, 4th Floor, San Jose. Counsel may appear telephonically and must
2015, at 10 a.m., ~~or on such other future date convenient to the Court.~~
2  contact the Courtroom Deputy at 408.535.5343 for further arrangements.

   Dated: December 11, 2014            /s/ Frank P. Sarro
3                                       Frank P. Sarro
                                        Attorney for Defendants
4

5

6  Dated: December 11, 2014            /s/ Laurel A. Mousseau
                                        Laurel A. Mousseau
7                                       Attorney for Plaintiff

8  IT IS SO ORDERED.

9  Dated: ___December 12___, 2014

10                                      Nathanael M. Cousins
                                        United States Magistrate Judge

**GRANTED**

Judge Nathanael M. Cousins

Stip & Order Re CMC Dates            -2-