FRANK P. SARRO (SBN 129780)
2121 North California Boulevard, Suite 290
Walnut Creek, CA 94596
Telephone (415) 816-5141

Attorney for Defendants
CALIFORNIA HOME MEDICAL
EQUIPMENT, INC. ("CHME"), BERNIE ZIMMER,
AND EMMANUEL POLIN

LAUREL A. MOUSSEAU (SBN 141484)
1432 Edinburgh Street
San Mateo, CA 94402
Telephone (415) 987-0692

Attorney for Plaintiff ALIS DERUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIS DERUS,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA HOME MEDICAL EQUIPMENT, et al.,<br><br>    Defendants. | Case No. CV-13-01411 NC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING PRETRIAL CONFERENCE AND COMPELLING ADDITIONAL SIX HOURS OF PLAINTIFF'S DEPOSITION |

WHEREAS, defense counsel has a scheduling conflict on October 14, 2015, the date on which the Court chose to reschedule the Pretrial Conference originally scheduled for October 7, 2015, the parties, through their respective counsel, respectfully request that the Court keep the original date for the Pretrial Conference as October 7, 2015, at 2 p.m. in San Francisco Federal Court, 450 Golden Gate Avenue, Courtroom A, 15th Floor; and

The parties, through their respective counsel, have agreed that plaintiff's deposition shall proceed on July 23, 24 and 30, 2015, all dates starting at 10:30 a.m., at Carol Nygard Court Reporters, 2890 North Main Street, Suite 304, Walnut Creek, California,

IT IS HEREBY ORDERED:

---

Order re Pretrial Conf. & P's Depo.          -1-

1. The pretrial conference is rescheduled from October 14 to October 7, 2015, at 2 p.m. at San Francisco Federal Court, 450 Golden Gate Avenue, Courtroom A̶ D, 15th Floor; and

2. Plaintiff Alis Derus shall submit to deposition by Defendant Bernie Zimmer for two hours each day on July 23, 24 and 30, all dates starting 10:30 a.m., at 2890 North Main Street, Suite 304, Walnut Creek, California.

Dated: July 10, 2015         FRANK P. SARRO

_____
Attorney for Defendants

Dated: July 10, 2015         LAUREL A. MOUSSEAU

_____
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: July 14, 2015

_____
NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins

Order re Pretrial Conf. & P's Depo.         -2-