UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIS DERUS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA HOME MEDICAL EQUIPMENT, INC, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-01411-NC<br><br>**ORDER TO FILE NOTICE OF DISMISSAL** |

The Court acknowledges the settlement of this case and thanks the settlement judge, Sallie Kim, for her assistance. Until a dismissal is filed, the case deadlines and trial date remain in place. The cross-motions for summary judgment will remain under submission until October 19. Accordingly, by October 19, 2015, the parties must file a notice of dismissal or an updated explanation of the settlement status.

**IT IS SO ORDERED.**

Dated: October 13, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 13-cv-01411-NC