# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIS DERUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HOME MEDICAL EQUIPMENT, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-01411 NC<br><br>**ORDER OF DISMISSAL** |

The Court has been notified of the settlement of this action and it appears that no issue remains for the Court's determination.

IT IS HEREBY ORDERED that this action and all claims asserted in it against all defendants are DISMISSED with prejudice under Federal Rule of Civil Procedure 41(a)(2). Upon the agreement of the parties, this Court expressly retains jurisdiction to enforce the settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

The Clerk of Court is ordered to terminate this case.

IT IS SO ORDERED.

Dated:  October 27, 2015

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge